U.S. MAGISTRATE JUDGE S. KATE VAUGHAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| DEAN KNAPP, | Civil No. C25-05062-SKV |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | Note on Motion Calendar: April 23, 2025 |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability benefits be REVERSED AND REMANDED to the Commissioner of Social Security for a hearing before an Administrative Law Judge (ALJ) and a new decision in regard to Plaintiff's applications for disability benefits. On remand, the ALJ will take any necessary action to complete the administrative record, offer Plaintiff an opportunity for a hearing; reevaluate Plaintiff's subjective complaints; reevaluate Plaintiff's maximum residual functional capacity; if warranted, continue the sequential evaluation process, obtaining vocational expert testimony, if needed; and issue a new decision.

Page 1   ~~PROPOSED~~ ORDER TO REMAND
[C25-5062-SKV]

Office of the General Counsel
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2114

This remand is made pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff may be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 23rd day of April, 2025.

_____
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ *Franco L. Becia*
FRANCO L. BECIA
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
State Bar No. (WA) 26823
Telephone: (206) 615-2114
Fax: (206) 615-2531
Email: Franco.L.Becia@ssa.gov

Page 2   ~~PROPOSED~~ ORDER TO REMAND
[C25-5062-SKV]

Office of the General Counsel
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2114